# ATTACHMENT – A



Transaction times shown in UTC.