UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             Plaintiff  )<br>                                                      )<br>        v.                             )<br>                                                      )<br>299,457.4 USDC, 162.5354 USDT, AND  )<br>6,941.648 TRX SEIZED FROM BINANCE  )<br>ASSOCIATED WITH USER ID                   )<br>ENDING IN 3903,                                 )<br>                                                      )<br>1,455,143.462248 USDT, 3,032.1689461 SOL, )<br>67.79400436 BNB, 95,336.8670150 TRX,    )<br>13,703.955431 ADA, AND 0.54151495 ETH )<br>SEIZED FROM BINANCE ASSOCIATED    )<br>WITH USER ID ENDING IN 7849,           )<br>                                                      )<br>            Defendants *in Rem*.          ) | Civil No.: 24-CV-10624-NMG |

## **WARRANT AND MONITION**

To:   The United States Secret Service

<u>You</u> <u>Are</u> <u>Hereby</u> <u>Commanded</u> to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the following defendant property, described as:

a.   299,457.4 USDC[1], 162.5354 USDT[2], and 6,941.648 TRX[3], seized from a Binance account with user ID XXXX3903 on dates ranging from on or about January 12, 2024 through January 25, 2024; and

---

[1] USD Coin ("USDC") is a cryptocurrency intended to have a value very close to one US dollar and may be used as a substitute for fiat currency to buy goods or services or exchanged for fiat currency or other cryptocurrencies.
[2] Tether ("USDT") is a cryptocurrency intended to have a value very close to one US dollar and may be used as a substitute for fiat currency to buy goods or services or exchanged for fiat currency or other cryptocurrencies.
[3] Tronix ("TRX") is a cryptocurrency utilized by the Tron blockchain and may be used as a substitute for fiat currency to buy goods or services or exchanged for fiat currency or other cryptocurrencies.

b.  1,455,143.462248 USDT, 3,032.1689461 SOL[4], 67.79400436 BNB[5] 95,336.8670150 TRX, 13,703.955431 ADA[6], and 0.54151495 ETH[7] seized from a BINANCE account with user ID XXXX7849 on dates ranging from on or about January 12, 2024 through January 19, 2024

(collectively, the "Defendant Cryptocurrency").

This Court has found probable cause for forfeiture of the Defendant Cryptocurrency.

Accordingly, you are hereby directed to serve, and give notice of the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Cryptocurrency via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2) Serving a copy of this Warrant and Monition, together with a copy of the Complaint to:

Binance
P.O. Box 472
Harbour Place, 2nd Floor, North Wing
103 South Church Street
George Town, Grand Cayman, KY1-1106

WAI MAN CHIU
chiuidy3@yahoo.com.hk

CHEW JA ZHENG
andrewchew700@gmail.com

| Victim 1 | Braintree, MA |
| --- | --- |
| Victim 2 | Rosemead, CA |
| Victim 3 | Sunnyvale, CA |
| Victim 4 | Chicago, IL |
| Victim 5 | Carmel, IN |
| Victim 6 | Danbury, CT |
| Victim 7 | Mcadoo, PA |
| Victim 8 | Ankeny, IA |

---

[4] Solana ("SOL") is a cryptocurrency utilized by the Solana blockchain and may be used as a substitute for fiat currency to buy goods or services or exchanged for fiat currency or other cryptocurrencies.

[5] Binance coin ("BNB") is a cryptocurrency established by the Binance cryptocurrency exchange and may be used as a substitute for fiat currency to buy goods or services or exchanged for fiat currency or other cryptocurrencies.

[6] ADA ("ADA") is a cryptocurrency utilized by the Cardano blockchain and may be used as a substitute for fiat currency to buy goods or services or exchanged for fiat currency or other cryptocurrencies.

[7] Ether ("ETH") is a cryptocurrency utilized by the Ethereum blockchain and may be used as a substitute for fiat currency to buy goods or services or exchanged for fiat currency or other cryptocurrencies.

| | |
|---|---|
| Victim 9 | Barre, VT |
| Victim 10 | Westminster, CA |
| Victim 11 | Arrington, TN |
| Victim 12 | Taylorsville, UT |
| Victim 13 | North Attleboro, MA |
| Victim 14 | Galloway, OH |
| Victim 15 | Millbrae, CA |
| Victim 16 | Los Angeles, CA |
| Victim 17 | Lewisville, TX |
| Victim 18 | Minneapolis, MN |
| Victim 19 | Alameda, CA |
| Victim 20 | Medford, MA |
| Victim 21 | Spring, TX |
| Victim 22 | Windemere, FL |
| Victim 23 | Bellevue, WA |
| Victim 24 | Montgomery Village, MD |
| Victim 25 | Riverside, CA |
| Victim 26 | Valdosta, GA |
| Victim 27 | Temecula, CA |
| Victim 28 | Austin, TX |
| Victim 29 | Kent, WA |
| Victim 30 | San Jose, CA |
| Victim 31 | San Francisco, CA |
| Victim 32 | Hayward, CA |
| Victim 33 | Colleyville, TX |
| Victim 34 | Seattle, WA |
| Victim 35 | Rosenberg, TX |
| Victim 36 | Nashville, TN |
| Victim 37 | Chicago, IL |

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the above-listed parties by hand, or by any other reasonable means, such as electronic service.

You Are Further Commanded to arrest, attach, inspect, and retain the Defendant Cryptocurrency in your custody until further order of this Court.

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest of the Defendant Cryptocurrency or assert that the Defendant Cryptocurrency should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT CRYPTOCURRENCY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY MATTHEW M. LYONS, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY MATTHEW M. LYONS, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY-ONE (21) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS.

THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO

THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE ADDRESSED TO THE ATTORNEY GENERAL; SHALL BE SWORN TO BY THE PETITIONER, OR BY THE PETITIONER'S ATTORNEY UPON INFORMATION BELIEF, SUPPORTED BY THE CLIENT'S SWORN NOTICE OF REPRESENTATION PURSUANT TO 28 U.S.C. § 1746, AS SET FORTH IN 28 C.F.R. § 9.9(g); AND SHOULD BE SUBMITTED TO THE ATTENTION OF ASSISTANT UNITED STATES ATTORNEY MATTHEW M. LYONS, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210.

                                                         Robert M. Farrell, Clerk
                                                         U.S. District Court

By: _____
      Deputy Clerk

Date: _____, 2024

APPROVED AND SO ORDERED:

_____
United States District Judge

Date: _____, 2024